**Fill in this information to identify the case:**

Debtor name **Ricky Sellers Trucking, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known) **25-20296**

■ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **427,020.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **4,723,083.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **5,150,103.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **3,724,770.92** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **9,500.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **359,500.00** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **4,093,770.92** |

**Fill in this information to identify the case:**

Debtor name **Ricky Sellers Trucking, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known) **25-20296**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim (Do not deduct the value of collateral.) | Column B Value of collateral that supports this claim |
|---|---|---|
| 2.1 BMO Harris Bank NA | Unknown | $213,673.00 |
| 2.2 BMO Harris Bank NA | $49,702.00 | $105,000.00 |

**2.1 BMO Harris Bank NA**
Creditor's Name

**Post Office Box 35704**
**Billings, MT 59107**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2025 Volvo #24**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**2.2 BMO Harris Bank NA**
Creditor's Name

**Post Office Box 35704**
**Billings, MT 59107**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2021 Peterbilt #41**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

**2.3 BMO Harris Bank NA**
Creditor's Name

**Post Office Box 35704**
**Billings, MT 59107**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2025 Volvo #21**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Unknown** **$213,674.00**

---

**2.4 BMO Harris Bank NA**
Creditor's Name

**Post Office Box 35704**
**Billings, MT 59107**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Peterbilt #79**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$835,745.00** **$85,000.00**

---

**2.5 Crossroads**
Creditor's Name
**9385 Haven Avenue**
**Rancho Cucamonga, CA 91730**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2025 Volvo #64**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No

**$192,121.00** **$204,246.00**

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2024**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

2.6 **Engs Commerical Finance CO**
Creditor's Name

**1 Pierce Place Ste 1100**
**Itasca, IL 60143**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Utility #T22**

**Unknown** **$60,000.00**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2021**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

2.7 **Engs Commerical Finance CO**
Creditor's Name

**1 Pierce Place Ste 1100**
**Itasca, IL 60143**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2024 Peterbilt #67**

**$204,066.00** **$263,000.00**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2021**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**2.8 Engs Commerical Finance CO** — Creditor's Name

**1 Pierce Place Ste 1100**
**Itasca, IL 60143**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Peterbilt #44**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$55,796.00** **$80,000.00**

---

**2.9 Financial Pacifice Leasing** — Creditor's Name

**3455 South 344th Way**
**Suite 300**
**Auburn, WA 98001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2024 CIMC Trailer #531**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Unknown** **$103,373.00**

---

**2.10 Huntington National Bank** — Creditor's Name

**11100 Wayzata Blvd Ste 700**
**Hopkins, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**

**Describe debtor's property that is subject to a lien**
**2022 Peterbilt #88**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown** **$85,000.00**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.11 **Huntington National Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$50,000.00**

Creditor's Name
**11100 Wayzata Blvd Ste 700**
**Hopkins, MN 55305**
Creditor's mailing address

**2020 CIMC #007**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.12 **M2 Equipment Finance LLC** | **Describe debtor's property that is subject to a lien** | **$79,000.00** | **$125,000.00**

Creditor's Name
**20800 Swenson Drive Suite 475**
**Waukesha, WI 53186**
Creditor's mailing address

**2020 Peterbilt #46**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.13 **Midland States Bank** | **Describe debtor's property that is subject to a lien** | **$172,053.00** | **$180,000.00**

Creditor's Name

**c/o Mark P Williams, Esq**
**Ridge Park PL, Ste 3000**
**1130 22nd Street South**
**Birmingham, AL 35205**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2021 Peterbilt #40**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

2.14 **Pathward National Association**

Creditor's Name

**5501 S Broadband Lane**
**Sioux Falls, SD 57101-8000**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2020 Peterbilt #49**

**$135,852.92** **$170,000.00**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

2.15 **Stearns Bank**

Creditor's Name

**Attn: Rachel Fortier**
**Collection Specialist**
**Post Office Box 750**
**Albany, MN 56307**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2022**

**Describe debtor's property that is subject to a lien**

**2022 Peterbilt #69**

**$57,171.00** **$100,000.00**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.16 **Sweetwater Bank** **Describe debtor's property that is subject to a lien** **$142,396.00** **$134,795.00**
Creditor's Name
**2023 Volvo #91**

**31385 AL Highway 10**
**Sweet Water, AL 36782**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Volvo Financial Services**
**2. Sweetwater Bank**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.17 **Sweetwater Bank** **Describe debtor's property that is subject to a lien** **Unknown** **$34,000.00**
Creditor's Name
**2016 Utility Trailer #126106**

**31385 AL Highway 10**
**Sweet Water, AL 36782**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.18 **Sweetwater Bank** **Describe debtor's property that is subject to a lien** **$202,949.00** **$157,553.00**

Creditor's Name

**2024 Volvo #85**

**31385 AL Highway 10**
**Sweet Water, AL 36782**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Sweetwater Bank**
**2. Volvo Financial Services**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.19 **Sweetwater Bank**

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2024 Volvo #65**

**$184,791.00** **$203,023.00**

**31385 AL Highway 10**
**Sweet Water, AL 36782**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Sweetwater Bank**
**2. Volvo Financial Services**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.20 **Sweetwater Bank**

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2024 Volvo #57**

**$193,199.00** **$204,052.00**

**31385 AL Highway 10**
**Sweet Water, AL 36782**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Sweetwater Bank**
**2. Volvo Financial Services**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.21 **Sweetwater Bank**
Creditor's Name

**31385 AL Highway 10**
**Sweet Water, AL 36782**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2024 Volvo #61**

**$196,082.00** **$203,042.00**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Sweetwater Bank**
**2. Volvo Financial Services**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.22 **Sweetwater Bank**
Creditor's Name

**31385 AL Highway 10**
**Sweet Water, AL 36782**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2020 Wabash Trailer #1020**

**Unknown** **$23,064.00**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Sweetwater Bank**
**2. Volvo Financial Services**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

2.23 **Volvo Financial Services**
Creditor's Name

**Post Office Box 26131**
**Greensboro, NC 27402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.16**

**Describe debtor's property that is subject to a lien**
**2023 Volvo #91**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$142,396.00** **$134,795.00**

2.24 **Volvo Financial Services**
Creditor's Name

**Post Office Box 26131**
**Greensboro, NC 27402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Volvo #34**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$104,430.00** **$93,359.00**

2.25 **Volvo Financial Services**
Creditor's Name

**Post Office Box 26131**
**Greensboro, NC 27402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**

**Describe debtor's property that is subject to a lien**
**2024 Volvo #57**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$193,199.00** **$204,052.00**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.20**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.26 **Volvo Financial Services**
Creditor's Name

**Post Office Box 26131**
**Greensboro, NC 27402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2024 Volvo #85**

**$202,949.00** **$157,553.00**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.18**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.27 **Volvo Financial Services**
Creditor's Name

**Post Office Box 26131**
**Greensboro, NC 27402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2024 Volvo #65**

**$184,791.00** **$203,023.00**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.19**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.28 **Volvo Financial Services**

**Describe debtor's property that is subject to a lien**

**$196,082.00** **$203,042.00**

Creditor's Name

**Post Office Box 26131**
**Greensboro, NC 27402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.21**

**2024 Volvo #61**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.29 **Volvo Financial Services**
Creditor's Name

**Post Office Box 26131**
**Greensboro, NC 27402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.22**

**Describe debtor's property that is subject to a lien**
**2020 Wabash Trailer #1020**

**Unknown** **$23,064.00**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$3,724,770.92**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Ricky Sellers Trucking, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known) **25-20296**

■ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| 2.1 | $9,500.00 | $9,500.00 |

2.1 Priority creditor's name and mailing address
**Alabama Department of Revenue**
**Motor Vehicle Division**
**Motor Carrier Services Union**
**Post Office Box 327620**
**Montgomery, AL 36132**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Highway Use Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Chase**
**Post Office Box 78420**
**Phoenix, AZ 85062**

**As of the petition filing date, the claim is:** *Check all that apply.* — **$9,500.00**
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**Basis for the claim:** credit card

Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**Sweetwater Bank**
**c/o Stratton Ford Lewis, Jr , CEO**
**31385 AL Highway 10**
**Sweet Water, AL 36782**

**As of the petition filing date, the claim is:** *Check all that apply.* — **$350,000.00**
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** _

**Basis for the claim:** debt

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **9,500.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **359,500.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **369,000.00** |

**Fill in this information to identify the case:**

Debtor name **Ricky Sellers Trucking, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known) **25-20296**

■ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Ricky Sellers Trucking, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known) **25-20296**

■ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Rickey Sellers** | **825 Windsorwood Dr<br>Thomasville, AL 36784** | **Huntington National Bank** | ■ D **2.10**<br>☐ E/F<br>☐ G |
| 2.2 | **Ricky L Sellers** | **825 Windsorwood Dr<br>Thomasville, AL 36784** | **Midland States Bank** | ■ D **2.13**<br>☐ E/F<br>☐ G |
| 2.3 | **RIcky Seller** | **825 Windsorwood Dr<br>Thomasville, AL 36784** | **Sweetwater Bank** | ■ D **2.21**<br>☐ E/F<br>☐ G |
| 2.4 | **Ricky Sellers** | **825 Windsorwood Dr<br>Thomasville, AL 36784** | **BMO Harris Bank NA** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.5 | **Ricky Sellers** | **825 Windsorwood Dr<br>Thomasville, AL 36784** | **Stearns Bank** | ■ D **2.15**<br>☐ E/F<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Ricky Sellers** | **825 Windsorwood Dr**<br>**Thomasville, AL 36784** | **Volvo Financial Services** | ■ D **2.23**<br>☐ E/F<br>☐ G |
| 2.7 | **Ricky Sellers** | **825 Windsorwood Dr**<br>**Thomasville, AL 36784** | **Financial Pacifice Leasing** | ■ D **2.9**<br>☐ E/F<br>☐ G |
| 2.8 | **Ricky Sellers** | **825 Windsorwood Dr**<br>**Thomasville, AL 36784** | **M2 Equipment Finance LLC** | ■ D **2.12**<br>☐ E/F<br>☐ G |
| 2.9 | **Ricky Sellers** | **825 Windsorwood Dr**<br>**Thomasville, AL 36784** | **Crossroads** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.10 | **Ricky Sellers** | **825 Windsorwood Dr**<br>**Thomasville, AL 36784** | **Pathward National Association** | ■ D **2.14**<br>☐ E/F<br>☐ G |
| 2.11 | **Ricky Sellers** | **825 Windsorwood Dr**<br>**Thomasville, AL 36784** | **Sweetwater Bank** | ■ D **2.16**<br>☐ E/F<br>☐ G |
| 2.12 | **Ricky Sellers** | **825 Windsorwood Dr**<br>**Thomasville, AL 36784** | **BMO Harris Bank NA** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.13 | **Ricky Sellers** | **825 Windsorwood Drive**<br>**Thomasville, AL 36784** | **BMO Harris Bank NA** | ■ D **2.4**<br>☐ E/F<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **RIcky Sellers** | **825 Windsorwood Drive Thomasville, AL 36784** | **BMO Harris Bank NA** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.15 | **Ricky Sellers** | **825 Windsorwood Drive Thomasville, AL 36784** | **Engs Commerical Finance CO** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.16 | **Ricky Sellers** | **825 Windsorwood Drive Thomasville, AL 36784** | **Engs Commerical Finance CO** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.17 | **Ricky Sellers** | **825 Windsorwood Drive Thomasville, AL 36784** | **Huntington National Bank** | ■ D **2.11**<br>☐ E/F<br>☐ G |
| 2.18 | **RIcky Sellers** | **825 Windsorwood Drive Thomasville, AL 36784** | **Sweetwater Bank** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.19 | **Ricky Sellers** | **825 Windsorwood Dr Thomasville, AL 36784** | **Sweetwater Bank** | ■ D **2.20**<br>☐ E/F<br>☐ G |
| 2.20 | **Ricky Sellers** | **825 Windsorwood Drive Thomasville, AL 36784** | **Sweetwater Bank** | ■ D **2.19**<br>☐ E/F<br>☐ G |
| 2.21 | **RIcky Sellers** | **825 Windsorwood Dr Thomasville, AL 36784** | **Sweetwater Bank** | ■ D **2.22**<br>☐ E/F<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Ricky Sellers** | **825 Windsorwood Drive**<br>**Thomasville, AL 36784** | **Volvo Financial Services** | ■ D **2.24**<br>☐ E/F<br>☐ G |
| 2.23 | **RIcky Sellers** | **825 Windsorwood Drive**<br>**Thomasville, AL 36784** | **Volvo Financial Services** | ■ D **2.25**<br>☐ E/F<br>☐ G |
| 2.24 | **Ricky Sellers** | **825 Windsorwood Drive**<br>**Thomasville, AL 36784** | **Volvo Financial Services** | ■ D **2.27**<br>☐ E/F<br>☐ G |
| 2.25 | **Ricky Sellers** | **825 Windsorwood Dr**<br>**Thomasville, AL 36784** | **Volvo Financial Services** | ■ D **2.28**<br>☐ E/F<br>☐ G |
| 2.26 | **Ricky Sellers** | **825 Windsorwood Drive**<br>**Thomasville, AL 36784** | **Volvo Financial Services** | ■ D **2.29**<br>☐ E/F<br>☐ G |
| 2.27 | **Ricky Setters** | **825 Windsorwood Dr**<br>**Thomasville, AL 36784** | **Engs Commerical Finance CO** | ■ D **2.6**<br>☐ E/F<br>☐ G |

ALSB LBF 1007 (12/19)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ALABAMA**

IN RE:

| | | |
|---|---|---|
| Debtor(s) **Ricky Sellers Trucking, LLC** | ) | Case No. **25-20296** |
| | ) | |
| | ) | Chapter: **11** |
| | ) | |

## VERIFICATION OF OFFICIAL CREDITOR LIST (INITIAL OR SUPPLEMENTAL)

☐ Original
■ Amendment
☐ Adding ☐ Deleting

I hereby certify under penalty of perjury that the master mailing list of creditors attached and/or uploaded to the Electronic Case Filing System is true, correct and complete to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness of the creditor list are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor list for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

If you are amending a previously-filed list of creditors, attach a list of only the creditor being added or deleted and indicate below only the number of creditors being added or deleted.

____ creditor(s) (or if amended, number of creditors added), as shown on attached list

____ creditor(s) to be deleted, as shown on attached list

**/s/ RIckey Sellers**
Debtor Signature

Joint Debtor Signature

**/s/ Barry A Friedman**
Signature of Attorney

**November 5, 2025**
Date

[*Check if applicable*]
☐ Creditors with foreign addresses included

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF ALABAMA**

# OFFICIAL CREDITOR LIST GUIDELINES

The Official Creditor List must be provided to the court in electronic format and meet the requirements below:

- The name and address of each creditor must be five lines or fewer
- Each line may contain no more than 40 characters including spaces
- Names and addresses should be left justified (no leading spaces) with only one column of creditors
- If attention lines are used, they should appear on the second line of the address
- City, state, and ZIP code must be on the last line
- All states must be two-letter abbreviations
- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits
- DO NOT include the following names on the mailing list because they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), Bankruptcy Administrator

Attorney Filers
Most bankruptcy preparation software packages can save the creditor list electronically in the proper format. Please check with your software company to see if you have this option.

Filers without an Attorney (Pro Se Debtors)
Filers without an attorney may submit a list of creditors to the clerk's office.

Verification of Creditor List
Each submission of an Official Creditor List shall be accompanied by a cover sheet or Verification of Official Creditor List in the format provided by the Clerk.

Amendments
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the requirements above