**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

IN RE: )
)
RICKY SELLERS TRUCKING, LLC, )    **Case No. 25-20296**
)    **Chapter 11**
Debtor. )

---

**DECLARATION OF SCOTT ADAMS IN SUPPORT OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

---

1.      My name is Scott Adams.  I am over the age of eighteen (18) years, and I am competent to make this Declaration.

2.      I am employed by Volvo Financial Services, a division of VFS US LLC ("VFS"), as Bankruptcy & Litigation Specialist.

3.      I am duly authorized to execute this Declaration on behalf of VFS.

4.      This Declaration is executed by me in support of VFS's Motion for Relief from the Automatic Stay (the "Motion") filed in the above-captioned bankruptcy case (the "Bankruptcy Case").

5.      I am one of the persons who has custody and control of VFS's business records concerning the debtor, Ricky Sellers Trucking, LLC (the "Debtor").  The information contained in the Motion is derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, the records were kept in the course of the regularly conducted activity and were made by the regularly conducted activity as a regular practice.  I have reviewed VFS's file including the documents attached to this Declaration.  All of the documents attached hereto are true and correct copies of the original documents.  All facts set forth herein are either (a) facts of which I have personal knowledge, or (b) an accurate summary of Volvo's business records as set forth above.

4916-5212-7882

6. VFS is a secured creditor of the Debtor pursuant to those certain Secured Promissory Notes (the "Contracts") dated July 17, 2023, October 20, 2023, December 20, 2023, and February 7, 2024. Pursuant to the Contracts Debtor granted VFS a security interest in the following collateral (the "Collateral"):

a. 2024 Volvo VNL64T860 (VIN 4V4NC9EJ6RN636395);
b. 2024 Volvo VNL64T860 (VIN 4V4NC9EH1RN653120);
c. 2024 Volvo VNL64T860 (VIN 4V4NC9EH4RN660420);
d. 2020 Wabash National Corp. 53' Dry Van (VIN IJJV532BlLL168599).

7. VFS perfected its security interest in the Collateral by filing liens on the certificates of title (the "Titles") with the Alabama Department of Revenue on July 25, 2023, on title number 111055473; on October 19, 2023, on title number 111531479; on December 20, 2023, on title number 112093034; and on February 7, 2024, on title number 112462040.

8. On February 24, 2025, VFS and Debtor executed that certain Modification Agreement (the "Modification Agreement").

9. On October 22, 2025 (the "Petition Date"), the Debtor commenced the above-captioned case by filing a voluntary petition for relief under Chapter 11 of Title 11 the United States Code (the "Bankruptcy Code") [Doc. 1].

10. In Schedule D, Debtor acknowledges VFS's security interest in the Collateral.

11. Events of Default have occurred and are continuing under the Loan Documents, including without limitation, Debtor's failure to pay when due all amounts owing to VFS pursuant to the terms of the Contracts.

12. Additionally, there is no equity in the Collateral. As of the date hereof, the Collateral is worth approximately $285,000.00 based on VFS's internal valuation guides and industry research.

13. The Collateral is of a kind that depreciates in value, further impairing VFS's

security.

14.     This Declaration is made under the penalty of perjury as being true and correct based on personal knowledge of VFS's books and business records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the ___ day of May, 2026.

By: _____
**Name**: Scott Adams
**Title**:  VP Legal & Compliance North America