IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

RICKY SELLERS TRUCKING, LLC                    CASE NUMBER: 25-20296
        Debtor

## MOTION TO EXTEND TIME TO
## FILE A SUBCHAPTER V PLAN OF REORGANIZATION

Comes now your Debtor, RICKY SELLERS TRUCKING, LLC, by and through its attorney, Barry A. Friedman, and would show unto the Court as follows:

1.      The Debtor and operated over forty (40) trucks and trailers.

2.      This case was filed October 22, 2025

3.      The Plan is due June 23, 2026

4.      The Debtor's attorney, Barry A Friedman is still in the process of negotiations with several of the secured creditors.

5.      Barry A Friedman has opened lines of communication and needs additional time to resolve these issues.

WHEREFORE, Debtor request that the Court extend the deadline and for any such other, further and different relief as is just in the premises.

/s/ BARRY A FRIEDMAN
BARRY A FRIEDMAN
Attorney for Movant
Post Office Box 2394
Mobile, Alabama  36652
Telephone: 251-439-7400

## CERTIFICATE OF SERVICE

I, the undersigned authority, hereby certify that I have on this 22nd day of June, 2026, served a copy of the foregoing on Mark S Zimlich, US Bankruptcy Administrator, 113 St Joseph Street, Suite 520, Mobile, Alabama 36602 via ECF.

/S/BARRY A FRIEDMAN
BARRY A FRIEDMAN