IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

RICKY SELLERS TRUCKING LLC                    CASE NUMBER: 25-20296
        Debtor

## MOTION TO SELL NUNC PRO TUNC

Comes now the Debtor, RICKY SELLERS TRUCKING LLC, by and through its attorney of record, BARRY A FRIEDMAN and would show unto the Court as follows:

1.      This case was filed on May 22, 2025.

2.      The Debtor located a buyer and sold a 2007 Utility Trailer Vin Number: 59904 to King Country & Trailer located in Amarillo, Texas for $15,000.00.

3.      In its schedules, the debtor listed the 2007 Utility Trailer Vin Number: 59904 at a value $13,900.00 subject to the lien of Sweet Water Bank.

4.      Said sale of the 2007 Utility Trailer Vin Number: 59904 was on May 20, 2026, but debtor did not received proceeds in early June.

5.      Debtor then used the funds to pay off the collateral with Sweetwater Bank.

WHEREFORE, RICKY SELLERS TRUCKING LLC requests that this Court issue an Order Nunc Pro Tunc, approving the sell and the payment of the proceeds to Sweetwater Bank to payoff its lien on the 2007 Utility Trailer Vin Number: 59904  and for such other, further and different relief as is just in the premises.

                                        \S\ BARRY A FRIEDMAN
                                        BARRY A. FRIEDMAN
                                        Attorney for Debtor

OF COUNSEL:
BARRY A FRIEDMAN & ASSOCIATES PC
Post Office Box 2394
Mobile, AL 36652-2394
Telephone: 251-439-7400
Email: bky@bafmobile.com

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned authority, hereby certify that I have on this _30th_ day of June, 2026, served a copy of the foregoing on

VIA ECF:     Bankruptcy Administrator:
Mark Zimlich
113 St Joseph Street
Mobile, Alabama 36605

Alexandra K Garrett and Jason R Watkins
Attorneys for Sweet Water Bank
23210 US Highway 98, Suite B2
Fairhope, Alabama 36532

United States mail, properly addressed and postage prepaid:

DEBTOR:     Ricky Sellers Trucking, LLC
1800 S Main Street
Linden, Alabama 36748

Upon all parties in interest listed on the attached mailing matrix

\S\ BARRY A FRIEDMAN
BARRY A. FRIEDMAN