IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:
RICKY SELLERS TRUCKING LLC CASE NUMBER: 25-20296
Debtor

**MOTION TO SELL NUNC PRO TUNC**

Comes now the Debtor, RICKY SELLERS TRUCKING LLC, by and through its attorney of record, BARRY A FRIEDMAN and would show unto the Court as follows:

1. This case was filed on May 22, 2025.

2. The Debtor located a buyer and sold a 2007 Utility Trailer Vin Number: 1UYVS24837M159904 to David Rogers Cattle in Demopolis, Alabama for $15,000.00.

3. In its schedules, the debtor listed the 2007 Utility Trailer Vin Number: 1UYVS24837M159904 at a value $13,900.00 subject to the lien of Sweet Water Bank.

4. Said sale of the 2007 Utility Trailer Vin Number: 1UYVS24837M159904 was on July 23, 2026, with a down payment of $5,000.00 and $2,500.00 payments until paid in full.

5. Debtor will use the funds to pay off the collateral with Sweetwater Bank.

WHEREFORE, RICKY SELLERS TRUCKING LLC requests that this Court issue an Order Nunc Pro Tunc, approving the sell and the payment of the proceeds to Sweetwater Bank to payoff its lien on the 2007 Utility Trailer Vin Number: 1UYVS24837M159904 and for such other, further and different relief as is just in the premises.

\S\ BARRY A FRIEDMAN
BARRY A. FRIEDMAN
Attorney for Debtor

OF COUNSEL:
BARRY A FRIEDMAN & ASSOCIATES PC
Post Office Box 2394
Mobile, AL 36652-2394
Telephone: 251-439-7400
Email: bky@bafmobile.com

CERTIFICATE OF SERVICE

**I, the undersigned authority, hereby certify that I have on this 14th day of September,** 2026, served a copy of the foregoing on

VIA ECF: Bankruptcy Administrator:
Mark Zimlich
113 St Joseph Street
Mobile, Alabama 36605

Alexandra K Garrett and Jason R Watkins
Attorneys for Sweet Water Bank
23210 US Highway 98, Suite B2
Fairhope, Alabama 36532

United States mail, properly addressed and postage prepaid:

DEBTOR: Ricky Sellers Trucking, LLC
1800 S Main Street
Linden, Alabama 36748

Upon all parties in interest listed on the attached mailing matrix

\S\ BARRY A FRIEDMAN
BARRY A. FRIEDMAN

Label Matrix for local noticing
1128-2
Case 25-20296
Southern District of Alabama
Selma
Wed Jul 29 15:02:26 CDT 2026

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BANKRUPTCY ADMINISTRATOR
113 St. Joseph Street, Suite 520
Mobile, AL 36602-3625

BMO Bank, N.A.
c/o Justin B. Little
Post Office Box 2863
Tuscaloosa, AL 35403-2863

(p)CHANNEL PARTNERS CAPITAL LLC
ATTN JEFF LOTHERT
1111 E COLLEGE DRIVE SUITE 200
MARSHALL MN 56258-1979

Crossroads Equipment Lease and Finance, LLC
400 Alexander Park Drive
Suite 201
Princeton, NJ 08540-5313

Midland States Bank
c/o Orion First Financial, LLC
P.O. Box 2149
Gig Harbor, WA 98335-4149

Mitsubishi HC Capital America, Inc.
c/o C. Ellis Brazeal III
420 N. 20th Street
Suite 1100
Birmingham, AL 35203-5209

North Mill Credit Trust
50 Washington Street, 10th Floor
South Norwalk, CT 06854-2710

PNC Bank, National Association, successor to
c/o Burr & Forman LLP
Attn: Catherine T. Via
420 North 20th Street, Suite 3400
Birmingham, AL 35203-3284

Pathward, National Association
101 W. Big Beaver Rd
Columbia Center, 10th Floor
Troy, MI 48084-5253

Ricky Sellers Trucking, LLC
Post Office Box 480944
Linden, AL 36748-0944

Sweet Water State Bank
c/o Alexandra K. Garrett, Esq.
Silver, Voit & Thompson
4317-A Midmost Drive
Mobile, AL 36609-5507

United States of America
c/o U.S. Attorney's Office
Attn: Bankruptcy Attorney
63 South Royal Street
Suite 600
Mobile, AL 36602-3233

Volvo Financial Services, a division of VFS
Baker Donelson
1901 6th Ave. N., Suite 2600
Birmingham, AL 35203-4644

(p)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Amur Equipment Finance Inc
Post Office Box 202136
Florence, SC 29502-2136

BMO Bank N.A.
PO Box 3040
Cedar Rapids, IA 52406-3040

BMO Bank, N.A.
c/o Justin B. Little
Post Office Box 2863
Tuscaloosa, Alabama 35403-2863

BMO Harris Bank NA
Post Office Box 35704
Billings, MT 59107-5704

Catherine T Via
Attorney at Law
420 North 20th St, Suite 3400
Birmingham, Alabama 35203-5210

Crossroads
9385 Haven Avenue
Rancho Cucamonga, CA 91730-5338

Crossroads Equipment Lease & Finance, LLC
9385 Haven Avenue
Rancho Cucamonga, CA 91730-5338

Department of Treasury
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Dobbs Peterbilt
8295 Tournament Drive
Memphis, TN 38125-8906

Engs Commerical Finance CO
1 Pierce Place Ste 1100
Itasca, IL 60143-3149

Financial Pacifice Leasing
PO Box 4568
Federal Way, WA 98063-4568

Goodyear Tires
4906 Arundel Road
Meridian, MS 39307-7243

Huntington National Bank
11100 Wayzata Blvd Ste 700
Hopkins, MN 55305-5523

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

M2 Equipment Finance LLC
20800 Swenson Drive Suite 475
Waukesha, WI 53186-2075

Mark P. Williams
Norman, Wood, Kendrick & Turner
1130 22nd Street South-Suite 3000
Birmingham, AL 35205-2883

McKenzie Credit Group LLC
Post Office Box 874235
Vancover, WA 98687-4235

Midland States Bank
c/o Mark P Williams, Esq
Ridge Park PL, Ste 3000
1130 22nd Street South
Birmingham, AL 35205-2870

(p)MITSUBISHI HC CAPITAL AMERICA INC
1 PIERCE PLACE SUITE 1100 WEST
ITASCA IL 60143-3149

North Mill Credit Trust
601 Merritt 7 - Suite 5
Norwalk, CT 06851-1097

North Mill Equipment Finance
c/o ALI Department 36
PO Box 77840
Springfield, OH 45501-7840

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PNC Bank, National Association
c/o Catherine T. Via
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203-3284

(p)PATHWARD NATIONAL ASSOCIATION
5501 S BROADBAND LANE
SIOUX FALLS SD 57108-2253

Pathward, National Association
attn: John Fleming
101 W. Big Beaver Rd
Columbia Center, 10th Floor
Troy, MI 48084-5253

Rick Setters
825 Windsorwood Dr
Thomasville, AL 36784-2921

Rickey Sellers
825 Windsorwood Dr
Thomasville, AL 36784-2921

Ricky L Sellers
825 Windsorwood Dr
Thomasville, AL 36784-2921

Ricky Sellers
825 Windsorwood Dr
Thomasville, AL 36784-2921

Ricky Setters
825 Windsorwood Dr
Thomasville, AL 36784-2921

Signature Financial LLC
1511 N Westshore Blvd Ste 1100
Tampa, FL 33607-4513

(p)STEARNS BANK NATIONAL ASSOCIATION
ATTN LEGAL DEPARTMENT
4191 2ND STREET SOUTH
ST CLOUD MN 56301-3761

Sweet Water State Bank
Alexandra K. Garrett
23210 US HWY 98, Suite B2
Fairhope, AL 36532-3397

Sweetwater Bank
31385 AL Highway 10
Sweet Water, AL 36782-4059

The Huntington National Bank
11100 Wayzata Blvd. Suite 700
Minnetonka, MN 55305-5523

US Attorneys Office
for the Southern District of Alabama
63 South Royal Street, Ste 600
Mobile, Alabama 36602-3233

US Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

VOLVO FINANCIAL SERVICES, a division of VFS
Matthew Cahill/Baker Donelson, PC
1901 6th Avenue, Suite 2600
Birmingham, AL 35203-4644

Volvo Financial Services
Post Office Box 26131
Greensboro, NC 27402-6131

Wells Fargo Equipment Finance Inc
Post Office Box 856941
Minneapolis, MN 55485-6941

Wells Fargo Equipment Finance, Inc.
Attn: La Neice Brown
801 Walnut Street, MAC F0006-052
Des Moines, IA 50309-3606

Barry A. Friedman
Barry A Friedman & Associates, PC
P. O. Box 2394
Mobile, AL 36652-2394

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Channel Partners Capital LLC
10900 Wayzata Blvd., Suite 300
Minnetonka, MN 55305

Alabama Department of Revenue
Motor Vehicle Division
Motor Carrier Services Unit
Post Office Box 327620
Montgomery, Alabama 36132-7620

(d)Channel Partners Capital LLC
11100 Watzata Blvd, Ste 305
Minnetonka, MN 55305

(d)Channel Partners Capital, LLC
10900 Wayzata Blvd., Suite 300
Minnetonka, MN 55305

Mitsubishi HC Capital America, Inc.
f/k/a ENGS Commercial Finance
c/o Jeremy Feinstein
1 Pierce Place, Suite 1100
Itasca, IL 60143

PNC Bank
222 Delaware Ave
Wilmington, DE 19801

Pathward National Association
5501 S Broadband Lane
Sioux Falls, SD 57101-8000

Stearns Bank
Attn: Rachel Fortier
Collection Specialist
Post Office Box 750
Albany, MN 56307

(d)Stearns Bank National Association
c/o Bankruptcy Department
P.O. Box 750
Albany, MN 56307

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Financial Pacific Leasing, Inc.

(d)Ally Bank
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave, Dept APS
Oklahoma City, OK 73118-7901

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 59 |
| Bypassed recipients | 3 |
| Total | 62 |